LAW LIBRARY

NO. 29517

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE ADOPTION

OF

A MALE CHILD, BORN ON JULY 25, 2004

K. HAMAKADO CLERK, APPELLATE COURTS STATE OF HAWAIʻI

2010 APR 22 AM 8: 31

FILED

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-A NO. 08-1-015)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Intervenors-Appellants' application for writ of

certiorari filed on March 15, 2010, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 22, 2010.

FOR THE COURT:

*[signature]*

Associate Justice

Brian J. De Lima and
William B. Heflin of
Crudele & De Lima for
intervenors-appellants
on the application

---

[1]Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.